UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CONNIE RECKART,

      Plaintiff,

v.                                        Case No.  8:08-cv-770-T-24 MSS

CIRCLE K STORES, INC.,
a foreign corporation,

      Defendant.
_____/

**ORDER**

This cause comes before the Court on the parties' Case Management Report (Doc. No. 7), in which they indicate that they consent to the jurisdiction of a Magistrate Judge for disposition of this case.  In order to consent to the jurisdiction of a Magistrate Judge, the parties must fill out and file the Magistrate Consent Form attached to this Order.  As such, the parties are directed to do so by **July 11, 2008.**

**DONE AND ORDERED** at Tampa, Florida, this 27th day of June, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record